# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## No. 10-17318

BYRL LANE, et al.,

      Plaintiffs-Appellees,

v.

LIFELOCK, Inc., et al.,

      Defendants-Appellees.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant James E. Pentz hereby stipulates to the dismissal of this appeal, with each party to bear its own costs. The Appellees have assented to this Stipulation of Dismissal.

Appellant,
By his attorney,

*/s/ John J. Pentz*
John J. Pentz, Esq.
2 Clock Tower Place, Suite 440
Maynard, MA  01754
Phone: (978) 461-1548
Fax: (978) 405-5161
Clasaxn@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on January 3, 2011.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

>*/s/ John J. Pentz*
> John J. Pentz