# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE: LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION | 9th Cir. No. 10-17177 |
| _____ | |
| BYRL LANE, et al. | MOTION TO DISMISS APPEAL |
|        **Plaintiffs-Appellees,** | |
| BILLY DANIELS, | |
|        **Objectors-Appellants** | |
| **v.** | |
| LIFELOCK, INC., a Delaware corporation, and RICHARD TODD DAVIS, | |
|        **Defendants-Appellees.** | |

TO: The Honorable Appellate Judge:

Comes now Billy Daniels ("Appellant and Class Member") and asks the

Court to dismiss the appeal of Billy Daniels and would show the Court the

following:

I.

The Appellant no longer desires to pursue this appeal.

II.

For the reason stated above, Appellant Billy Daniels asks the Court to grant this Motion to Dismiss the Appeal in this matter.  Costs on appeal should be taxed against the party incurring the same.

Dated:    January 4, 2011                    **LAW OFFICES OF DARRELL PALMER**


By: /s/ Darrell Palmer
                    DARRELL PALMER

Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Janine R. Menhennet (SBN 163501)
LAW OFFICES OF DARRELL PALMER
603 North Highway 101, Suite A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorneys for Appellant Billy Daniels

2

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document will be

served upon all registered USDC CM/ECF users on January 4, 2011.


_____/s/ Darrell Palmer_____
Darrell Palmer